**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

CONNIE SHIVNER,

    Plaintiff,

v.                                               CV No. 20-497 KRS/CG

CORRVALUES, LLC, et al.,

    Defendants.

### ORDER GRANTING UNOPPOSED MOTION TO STAY DISCOVERY

**THIS MATTER** is before the Court on County Defendants' *Unopposed Motion for an Order Staying Discovery Pending Resolution of County Defendants' Motion to Dismiss Under Rule 12(b)(6)* (the "Motion"), (Doc. 13), filed June 24, 2020. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that discovery in this matter is stayed pending resolution of Defendants' *Motion to Dismiss*, (Doc. 4).

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE