# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

CONNIE SHIVNER,

    Plaintiff,

v.                                             CV No. 20-497 RB/CG

CORRVALUES, LLC, et al.,

    Defendants.

## ORDER RESETTING SECOND RULE 16 SCHEDULING CONFERENCE

**THIS MATTER** is before the Court on Defendants' *Unopposed Motion to Vacate and Reset the May 3, 2021 Scheduling Conference* (the "Motion"), (Doc. 49), filed April 21, 2021. In the Motion, Defendants indicate counsel "have an unmovable conflict as they will be in a jury trial . . . from May 3-7, 2021." *Id.* at 1. As such, Defendants request the Court vacate the Second Rule 16 Scheduling Conference previously set for May 3, 2021, and reset it "to either May 11, 12, or 13, 2021." *Id.* The Court, having reviewed the Motion and noting it is unopposed, finds the Motion shall be **GRANTED IN PART**.

**IT IS THEREFORE ORDERED** that the Second Telephonic Rule 16 Scheduling Conference previously scheduled for Monday, May 3, 2021, at 1:30 p.m., (Doc. 43), is reset and will be conducted by telephone on **Thursday, May 20, 2021, at 10:30 a.m.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings..

**IT IS SO ORDERED**.

                                                    _____
                                                    THE HONORABLE CARMEN E. GARZA
                                                    CHIEF UNITED STATES MAGISTRATE JUDGE