IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CONNIE SHIVNER,

    Plaintiff,

v.                                                               CV No. 20-497 RB/CG

CORRVALUES, LLC, et al.,

    Defendants.

## ORDER RESETTING TELEPHONIC STATUS CONFERENCE

**IT IS HEREBY ORDERED** that the previously scheduled Telephonic Status Conference set for **Tuesday, October 5, 2021, at 2:30 p.m.,** is **RESET** for **Friday, October 8, 2021, at 11:00 a.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE