IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CONNIE SHIVNER,

    Plaintiff,

v.                                            CV No. 20-497 RB/CG

CORRVALUES, LLC, et al.,

    Defendants.

## ORDER GRANTING WITHDRAWAL OF COUNSEL

**THIS MATTER** is before the Court on the unopposed *Motion to Withdraw as Counsel* (the "Motion"), (Doc. 68), filed by Plaintiff's counsel on October 4, 2021. In the Motion, Plaintiff's counsel asks to withdraw as counsel, explaining that "Plaintiff no longer wishes for Dathan Weems Law Firm, LLC to represent her in this matter." *Id.* at 1. The Court, having reviewed the Motion, noting that it is unopposed and that it complies with District of New Mexico Local Rule 83.8,[1] finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Dathan L. Weems and Bridget Hazen of the Dathan Weems Law Firm, LLC, are withdrawn as counsel for Plaintiff.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] According to the record, Plaintiff continues to be represented by William Perkins of the Lopez & Associates law firm, and thus is not proceeding *pro se* in this matter.