IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CONNIE SHIVNER,

    Plaintiff,

v.                                                        CV No. 20-497 RB/CG

CORRVALUES, LLC, et al.,

    Defendants.

## ORDER GRANTING WITHDRAWAL OF COUNSEL

**THIS MATTER** is before the Court on the unopposed *Motion to Withdraw as Counsel* (the "Motion"), (Doc. 74), filed by Plaintiff's counsel on October 14, 2021. In the Motion, Plaintiff's counsel asks to withdraw as counsel, explaining that "Plaintiff, Connie Shivner, no longer wishes for Lopez, Dietzel, & Perkins, P.C. to represent her in this matter[,]" and that she "intends to proceed pro se in this matter." *Id.* at 1. The Motion also provides Ms. Shivner's telephone number and address. *Id.* The Court, having reviewed the Motion, noting that it is unopposed and that it comports with District of New Mexico Local Rule 83.8, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Lopez, Dietzel, & Perkins, P.C. (William Perkins) are withdrawn as counsel for Plaintiff.

**IT IS FURTHER ORDERED** that Ms. Shivner is deemed *pro se* in this matter.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE